IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVARIUS LAVALLE RIGGINS,

    Plaintiff,

                                  Case No.  20-cv-947-jdp

    v.

DANE COUNTY JAIL, SHERIFF DAVID
MAHONEY, SERGEANT SHRODER,
CAPTAIN ANHALT, SERGEANT
OLSEN, SERGEANT SKERPENSKI,
SERGEANT LURKUIN, DEPUTY
DEFOREST, JOE PARISI, DANE
COUNTY SHERIFF'S OFFICE,
SHERIFF'S JANE DOES, SHERIFF'S
JOHN DOES, and DANE COUNTY,

    Defendants.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | May 3, 2022 |
|---|---|
| Joel Turner, Clerk of Court | Date |